IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK ROBINSON, | |
| Plaintiff, | 8:16-CV-402 |
| vs. | ORDER |
| BRIDGEPORT EDUCATION ASSOCIATION and NEBRASKA STATE EDUCATION ASSOCIATION, | |
| Defendants. | |

This matter is before the Court on its own motion, with respect to the plaintiff's "Memorandum in Response to Defendant's Answer" (filing 27). The filing will be stricken.

Fed. R. Civ. P. 7(a) provides that the only pleadings allowed in federal court are: "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." The plaintiff's "memorandum" is not a permitted pleading. Neither Bridgeport Education Association's answer (filing 17) nor the Nebraska State Education Association's answer (filing 18) contain a counterclaim. So, "a reply was not only not required but was not even permissible, except by leave or order of the trial court granted in its sound discretion." *Traylor v. Black, Sivalls & Bryson,* 189 F.2d 213, 216 (8th

Cir. 1951). The Court has not ordered a reply to the defendants' answers, nor is there any reason to do so.[1] Accordingly,

> IT IS ORDERED that the plaintiff's "Memorandum in Response to Defendant's Answer" (filing 27) is stricken.

Dated this 6th day of June, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] A substantial reason must be given or necessity must be demonstrated by the movant to justify the Court ordering a reply to an answer. 5 Charles Alan Wright and Arthur R. Miller, *Federal Practice and Procedure* § 1185 (3d ed. 2004).